# IN THE UNITED STATES DISTRICT FOR THE DISTRICT OF NEBRASKA

LATITUS R. MENYWEATHER
PLAINTIFF

VS.

NEBRASKA DEPT. OF CORRECTIONS
SCOTT FRAKES, Director; RANDY T. KOHL
medical Director; DR. KATHLEEN OGDEN
O.C.C. Health Coordinator; PEGGY ANTLEY,
P.A.C. O.C.C. Physician Assistant; BARB
LEWIEN, O.C.C. Warden; MARGARET
ANTLEY, P.A.; DR. DAVID SHRAD
Defendants

CASE NO. 4:17cv3041
Amended Complaint

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 SEP -5 PM 2:18
OFFICE OF THE CLERK

Plaintiff filed a Complaint and a Supplement to that Complaint on March 27, 2017. Plaintiff has been given leave to proceed in forma pauperis. Plaintiff follows initial review with this motion of Amended Complaint, which claims on which relief may be granted

## Summary of Complaint

Plaintiff is a prisoner currently confined at Lincoln Correctional Center ("L.C.C.") Plaintiff names Scott Frakes Director of the Nebraska Department of Correctional Services ("NDCS"). Barb Lewien Warden of the Omaha Correctional Center ("O.C.C.") Multiple medical personnel employed by N.D.C.S. and any known and unknown N.D.C.S. employees as official capacity. Plaintiff sues All other Defendants in their official and individual capacities. Plaintiff seeks relief

On October 21 2016 Dr. David Shrad employed at O.C.C., sectioned one of Plaintiff teeth (tooth #14) into three parts, but he was unable to remove any of the tooth roots. Dr Shrad broke Plaintiff's tooth and didn't place Plaintiff on antibotic for the infected tooth and Dr Shrad requested a refferral for Plaintiff to see an oral surgeon "A.S.A.P." for complete removal. Dr. Hustad approved refferral. Plaintiff became sick with fever, vomited blood and was in pain the entire ten day he waited for oral surgeon, without medication prescribed by Dr. Shrad.

On November 3, 2016 Dr. Thomson an outside specialist, performed oral surgery on tooth #14 and Plaintiff felt better. However Plaintiff's face swelled within three days of the surgery. He was given antibiotics and an oral mouth wash. Plaintiff claims the infection returned thereafter, but medical staff at O.C.C. denied him treatment for three months because they did not believe him.

On December 8, 2016 Plaintiff met with Dr. Baker, A mental health practitioner employed at N.D.C.S., based on the opinion of medical staff that Plaintiff is delusional and mentally ill. On December 28, 2016 on the orders of Dr. Baker, Plaintiff was transferred from O.C.C. to the medical clinic at the Diagnostic and Evaluation Center (D.E.C.) and placed in a suicide cell for observation. Plaintiff states that while D.E.C., xrays confirmed that he had an infection in his mouth. Dr Nygen prescribed Plaintiff an antibiotc and referred him to speak with Dr. Hustad. Dr. Hustad examined Plaintiff O.C.C. would fix his mouth back a promise

# Amended Complaint

Plaintiff filed complaint to sue Director Scott Frakes for the amount of $50,000 dollars

Plaintiff filed complaint to sue Medical Director Randy T. Kohl for the amount of $50,000 dollars

Plaintiff filed complaint to sue O.C.C. Health Coordinator DR. Kathleen Ogden for the amount of $10,000 dollars

Plaintiff filed complaint to sue O.C.C. Physician Assistant Peggy Antley for the amount of $10,000 dollars.

Plaintiff filed complaint to sue O.C.C. Warden Barb Lewien for the amount of $10,000 dollars

Plaintiff filed complaint to sue O.C.C. P.A. Margaret Antley.

Plaintiff filed complaint to sue O.C.C. dentist Dr. David Shrad for the amount of $10000 dollars.

Inmate Name
Inmate/Inmate Name Lotius Menyweather (First) (Last)
Inmate # 65295
P.O. Box 22800
Lincoln, NE. 68542-2800
Notice: This correspondence was mailed from an Institution operated by the Nebraska Department of Corrections. Its contents are uncensored.

Legal Mail

OFFICE OF THE CLERK
111 S. 18th PLAZA, SUITE 1152
Omaha, NE. 68102-4322

RECEIVED
SEP - 5 2017
CLERK
US DISTRICT ---



02 1P
0001958957  AUG 30 2017
MAILED FROM ZIP CODE 68522
$ 001.47⁰
PITNEY BOWES